**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>Central District of California, Los Angeles Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**El Primo Foods, Inc.,** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names Used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names Used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  80-0196383 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>608 Monterey Pass Road<br><br>Monterey Park, CA                     91754 | Street Address of Joint Debtor (No. and Street, City, and State): |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  See Exhibit D on page 2 of this form.
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

  Food Manufacturer

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incured by an individual primarily for a personal, family, or house-hold purpose.
- [x] Debts are primarily business debts.

**Filing Fee**  (Check one box.)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owned to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**B1 (Official Form 1) (4/10)**                                                                                      **Page 2**

| **Voluntary Petition**<br>(This page must be completed and filed in every case) | Name of Debtor(s):   El Primo Foods, Inc. |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet.)** |||
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)** |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X   /s/ Robert Sabahat                                 10/13/2010<br>     Robert Sabahat                                      Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☒ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately<br>     preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or<br>     or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in<br>     this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the<br>     entire monetary default that gave rise to the judgment for possession, after the judgement for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the<br>     filing of the petition.<br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)). |

B1 (Official Form 1) (4/10)                                                                                   **Page 3**

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s): El Primo Foods, Inc. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
    Telephone Number (If not represented by attorney)

_____
    Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

_____
    (Printed Name of Foreign Representative)

_____
    Date

### Signature of Attorney*

X /s/ Robert Sabahat, Esq.
_____
Signature of Attorney
Robert Sabahat, Esq.
_____
Printed Name of Attorney for Debtor(s)
MADISON HARBOR, ALC
_____
Firm Name
17702 Mitchell North
_____
Address
Irvine, CA 92614

(949) 756-9050
_____
Telephone Number
October 13, 2010
_____
Date

* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

/s/ Alex Baiseri
_____
Signature of Authorized Individual
Alex Baiseri
_____
Printed Name of Authorized Individual
Chief Financial Officer
_____
Title of Authorized Individual
October 13, 2010
_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notice and information required under 11 U.S.C. 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

Form B1, Exhibit A (12/07)

### Exhibit "A"

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

### EXHIBIT "A" TO VOLUNTARY PETITION

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is None..

2.  The following financial data is the latest available information and refers to the debtor's condition on .

a.  Total assets                                                                $ _____

b.  Total debts (including debts listed in 2.c., below)                         $ _____

Approximate
number of
holders

c.  Debt securities held by more than 500 holders.

☐ Secured   ☐ Unsecured   ☐ Subordinated   $ _____   _____

☐ Secured   ☐ Unsecured   ☐ Subordinated   $ _____   _____

☐ Secured   ☐ Unsecured   ☐ Subordinated   $ _____   _____

☐ Secured   ☐ Unsecured   ☐ Subordinated   $ _____   _____

☐ Secured   ☐ Unsecured   ☐ Subordinated   $ _____   _____

d.  Number of shares of prefered stock            _____   _____

e.  Number of shares of common stock              _____   _____

Comments, if any:

3.  Brief description of debtor's business:

4.  List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

**Form B1, Exhibit C (12/07)**

### Exhibit "C"

[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]

## EXHIBIT "C" TO VOLUNTARY PETITION

1.  Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

> None.

2.  With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.   A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows:  (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None.

2.   (If petitioner is a partnership or joint venture)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None.

3.   (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None.

4.   (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Irvine_____, California.        /s/ Alex Baiseri_____

                                                          *Debtor*

Dated ___October 13, 2010_____

                                                          *Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Form B4 (Official Form 4) - (12/07)                                                    2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re  El Primo Foods, Inc.  Debtor(s). | CHAPTER: 11  CASE NO.: |

## Form 4.
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, govern-ment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Associated Packaging; | 12453 E Florence Avenue, Santa Fe Springs, CA 90670; | | | $90,626.00 |
| LithoWerks; | 655 North Central Ave, Glendale, CA 91203; | | | $120,000.00 |
| Southern California Edison; | PO Box 60009, Rosemead; CA 91771; | | | $32,000.00 |
| Central Valley Bean Co-op; | PO Box 162, Buxton, ND 58218; | | | $52,418.60 |
| La Reina, Inc.; | 316 N Ford Blvd, Los Angeles, CA 90022; | | | $43,821.21 |
| YHL Ventures; | Address currently unknown; | | | $40,004.30 |
| SuperValue  PO Box 958844, | St. Louis, MO 63195; | | | $38,188.15 |
| Rochester Midland Corp; | PO Box 31515, Rochester, NY 14603; | | | $31,827.90 |

Date:   October 13, 2010

/s/ Alex Baiseri, CFO

Debtor

[Declaration as in Form 2]

Form B4  (Official Form 4)  -  (12/07)                                                    2007 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re      El Primo Foods, Inc. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor *and complete* mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, govern-ment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Capital Distribution; | 13930 Mica Street, Santa Fe Springs, CA 90670; | | | $21,989.21 |
| CDM Foods; | 1746 Marguerite Avenue, Corona Del Mar, CA 92625; | | | $20,000.00 |
| Julia's Produce; | 8056 Salt Lake Avenue, Cudahy, CA 90201; | | | $18,387.34 |
| Bearings & Drives; | 9506 Rush Street, South El Monte, CA 91733; | | | $16,706.13 |
| Mckenna Boiler Works; | 1510 N Spring Street Los Angeles, CA 90012; | | | $16,435.54 |
| ADM Corporate Credit; | PO Box 1470, Decatur, IL 62525; | | | $14,170.00 |
| CIT Technology Financial Services; | 23896 Network Place, Chicago, IL 60673; | | | $13,662.71 |
| U.S. Department of Agriculture; | USDA Billing Collection, St. Louis, MO 63197; | | | $13,588.77 |
| Ruiz Mexican Foods; | 2151 E Francis Street, Ontario, CA 91761; | | | $12,367.25 |
| East West Printing Group; | 15429 E. Proctor Avenue, City of Industry, CA 91745; | | | $11,754.54 |
| Aramark Uniforms; | PO Box 1799, Paramount, CA 90723; | | | $10,208.42 |

El Primo Foods Inc
608 Monterey Pass Road
Monterey Park, CA 91754


Madison Harbor ALC
17702 Mitchell North
Irvine, CA 92614


United States Trustee
Central District of California
411 West Fourth Street
Santa Ana, CA 92701

3M Company
2807 Paysphere Circle
Chicago, IL 60674


ADM Corporate Credit
PO Box 1470
Decatur, IL 62525


Administrative Services
PO Box 644006
Cincinnati, OH 45264-4006


American Label Couriers Inc
8504 Summershade Drive
Odenton, MD 21113


American Packaging Capital Inc
PO Box 650
Hopkins, MN 55343-0650


Amoy International LLC
14145 Proctor Avenue
City of Industry, CA 91746


Anytime Services and Professionals
5753 G Santa Ana Canyon Rd Suite 248
Anaheim Hills, CA 92607


Aramark Uniform Services
PO Box 1799
Paramount, CA 90723

Associated Packaging
12453 E Florence Avenue
Santa Fe Springs, CA 90670


Athens Services
PO Box 60009
City of Industry, CA 91716


BEST Co
Attn Steve Tarazona
PO Box 402453
Hesperia, CA 92340


BDS Natural Products
2779 El Presidio St
Long Beach, CA 90810


Bearings & Drives Inc
9506 Rush Street
South El Monte, CA 91733


Best Office Products
Attn Vic Gamboa
176 Pacific Street
Pomona, CA 91768


California Franchise Tax Board
600 W Santa Ana Blvd
Santa Ana, CA 92701


C&F Foods Inc
15620 E Valley Blvd
City of Industry, CA 91744

CH Custom Security Systems
2201 E. Willow St Suite D331
Signal Hill, CA  90755-2142


CH Robinson Worldwide Inc
PO Box 9121
Minneapolis, MN 55480


CHS Inc
220 S Sixth Avenue
City of Industry, CA 91746


CR England Inc
PO Box 952407
St Louis, MO 63195


Capital Distribution Inc
13930 Mica Street
Santa Fe Springs, CA 90670


Carson Marketing, Inc.
1740 E Garry Ave Suite 231
Santa Ana, CA 92705


CDM Foods
1746 Marguerite Avenue
Corona Del Mar, CA 92625


Central Valley Bean Co-op
PO Box 162
401 Broadway
Buxton, ND 58218

Certified Fire Extinguisher Service Inc
8710 Norwalk Blvd
Whittier, CA 90606


Certified Laboratories
23261 Network Place
Chicago, IL 60673


Chemical Consultants
13089 Peyton Dr Suite C178
Chino, CA 91709


CIT Technology Financial Services Inc
23896 Network Place
Chicago, IL 60673


City of Monterey Park
320 West Newmark Ave.
Monterey Park, CA 91754


Central Occupational Medicine Provider
PO Box 2948
Riverside, CA 92516


County of Los Angeles
5555 Ferguson DR Suite 100 50
Commerce, CA 90022


Dawn Food Products Inc
3505 E Francis Street
Ontario, CA 91761

Dell Financial Services
Payment Processing Center
PO Box 5292
Carl Stream, IL 60197


Deluxe Business Checks and Solutions
PO Box 742572
Cincinnati, OH 45274


Department of Industrial Relations
Cashier Accounting Office (PV)
PO Box 420603
San Francisco, CA 94142


DJMB Services
3475 E. Barhite Street
Pasadena, CA 91107


Department of Motor Vehicles
2415 1st Avenue Mail Station F101
Sacramento, CA 95818


Employment Development Dept
PO Box 826846
Sacramento, CA 94246-0001


E. Labels
1125 E Maple Avenue, Unit D
Montebello, CA 90640

East West Printing Group
15429 E. Proctor Avenue
City of Industry, CA 91745


Ecolab Pest Elim Div
PO Box 6007
Grand Forks, ND 58206-6607


El Dorado Mexican Food
2928 North Main Street
Los Angeles, CA 90031


Ernest Packaging
5777 Smithway Street
Commerce, CA 90040


Fedex
PO Box 7221
Pasadena, CA 91109


First Choice
7373 E Flores Street
Downey, CA 90242


First Comp
PO Box 30020
Omaha, NE 68103


FMT Consultants
5451 Avenida Encinas, Suite A
Carlsbad, CA 92008

Frank Calma
4818 Surrey Drive
Corona Del Mar, CA 92625


GHL Packaging
9357 Richmond Place 103
Rancho Cucamonga, CA 91730


Gemplers
PO Box 44993
Madison, WI 53744


George Chiala Farms Inc
657 Tarragon Drive
San Rafael, CA 94903


Golden Eagle Insurance
PO Box 85834
San Diego, CA 92186


Greenberg Cheese Company
5743 Smithway St
Commerce, CA 90040


Heitz Trucking, Inc.
PO Box 6607
Oakland, CA 94603


Honeyville Grain
11600 Dayton Drive
Rancho Cucamonga, CA 91730

Huts Company
30530 Cannes Place Suite A
Castaic, CA 91384


Hydrologix Grease Reduction Systems, Inc.
68 1845 Waikoloa Rd Suite 106
Wailoloa, HI 96738


ID Technology
PO Box 73419
Cleveland, OH 44193


Imperial Pallets
2640 E.124th Street
Compton, CA 90222


Industrial Shoe Company
1421 E First Street
Santa Ana, CA 92701


Inner Cool
PO Box 39088
Downey, CA 90239


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 1911

Interstate Pumping
15474 Ficus Street
Chino Hills, CA 91709


Joel Sales & Marketing
3535 E Coast Hwy Suite 321
Corona Del Mar, CA 92625


Julia's Produce
8056 Salt Lake Avenue
Cudahy, CA 90201


K & L Gates LLP
1601 K Street NW
Washington, DC 20006


LA Carton
5100 South Santa Fe Avenue
Los Angeles, CA 90058


La Colonial Tortillas
543 Monterey Pass Road
Monterey Park, CA 91754


LA Freight & Logistics
28562 Oso Parkway Suite D 424
Rancho Santa Margarita, CA 92688


La Reina Inc
316 N Ford Blvd
Los Angeles, CA 90022

Lab Safety Supply
PO Box 1368
Janesville, WI 53547


Litho Werks
655 North Central Ave
Glendale, CA 91203


Marquette Transportation Finance
NW 7939
PO Box 1450
Minneapolis, MN 55485


Master Recycling Center Inc
1980 S Reservoir Street
Pomona, CA 91766


McKenna Boiler Works Inc
1510 N Spring Street
Los Angeles, CA 90012


McMaster Carr Supply Co
PO Box 7690
Chicago, IL 60680


MDM Packaging
13231 A Slover Avenue
Fontana, CA 92337


Meatco Provision Inc
4901 S Boyler Avenue
Vernon, CA 90058

Megatrux Inc
4949 8th Street
Rancho Cucamonga, CA 91730


Michelson Laboratories Inc
6280 Chalet Drive
Los Angeles, CA 90040


Monterey Meat Co.
700 Monterey Pas Road
Monterey Park, CA 91754


Morgan Marketing Inc
2391 Arden Way Suite 218
Sacrament, CA 95825


Nemco Foods
2350 E 57th Street
Vernon, CA 90058


Nickey Kard Lock
PO Box 669
Atwood, CA 92811


Northern Safety
P.O. Box 4250
Utica, NY 13504


Nu-Waye Water Conditioning Inc
1244 W. 9th Street
Upland, CA 91786

Office Max
7300 Chapman Avenue
Garden Grove, CA 92841


Overhill Farms
2727 E Vernon Avenue
Vernon, CA 90058


Packaging Corporation of America
4240 Bandini Blvd
Los Angeles, CA 90023


Patman Meat Group
704 Torrance Blvd.
Redondo Beach, CA 90277


Power Lift Parts & Service
1125 S. Maple Ave Suite C
Montebello, CA 90640


Precision Refrigeration & Air Cond
9726 Klingerman Street
South El Monte, CA 91733


Preferred Freezer Services LBF
4901 Bandini Blvd.
Vernon, CA 90040


Premier Meat Company
PO Box 58133
Vernon, CA 90058

The Progressive Corporation
6300 Wilson Mills Road
Mayfield Village, Ohio 44143


Pro-tech Products
16875 Lynn Street Suite 9
Huntington Beach, CA 92649


Quentin Meats Inc
9469 Telegraph Road
Pico Rivera, CA 90660


Quill Corporation
PO Box 37600
Philadelphia, PA 19101


R & R Brokerage Inc
PO Box 216
Audubon, MN 56511


RAM Safety & Janitorial Supply Co
11232 Sunhaven Way
Riverside, CA 92505


Refrigiwear Inc
54 Breakstone Drive
Dahlonega, GA 30533


Reliance, Inc.
511 5th Street Suite C
San Fernando, CA 92340

Reynaldos
3301 E Vernon Avenue
Vernon, CA 90023


Robert Reiser & Co Inc
725 Dedham Street
Canton, MA 02021


Rochester Midland Corporation
PO Box 31515
Rochester, NY 14603


Romas R US
2870 Lugo Street
PO Box 21489
Los Angeles, CA 90023


Royal Paper Corporation
15050 Shoemaker Avenue
Santa Fe Springs, CA 90670


Ruben Pedroza
353 S Walnut Grove Avenue Suite B
San Gabriel, CA 91776


Ruiz Mexican Foods
2151 E Francis Street
Ontario, CA 91761


Ryanco Protective Coating
5348 Andrfew Drive
La Palma, CA 90623

Safeguard Business Systems Inc
PO Box 88043
Chicago, IL 60680


Southern California Edison Company
PO Box 60009
Rosemead, CA 91771


Southland Alarm & Patrol
PO Box 547
Rosemead, CA 91754


Sparkletts
PO Box 660579
Dallas, TX 95266


Spice & Chilies
1320 Mateo Street
Los Angeles, CA 90021


Standard Feeding
4265 Dover Avenue
Hanford, CA 93230


State Board of Equalization
PO Box 942879
Sacramento, CA 94279-0095


Sunny Express, Inc
Attn Accounts Receivable
P.O Box 5045
Hayward, CA 94540

Sunshine Packaging Inc
1136 S Vail Avenue
Montebello, CA 90640


Supervalue
PO Box 958844
St. Louis, MO 63195


Sysco Foods
20701 East Currier Road
Walnut, CA 91789


Telepacific Communications
515 S Flower Street 47th Floor
Los Angeles, CA 90071


Tel Tru Mfg Company
PO Box 30144
Rochester, NY 14603


The Gas Company
P.O. Box 3150
San Dimas, CA 91773


The Hain Celestial Group
PO Box 32028
Hartford, CT 06150


Toshiba Financial Services
9740 Irvine Boulevard
Irvine, CA 92618-1697

Try Me Lift Truck
Attn Jose Molina
1337 E 27th Street
Los Angeles, CA 90011


US Dept of Agriculture
USDA Billing Collection
St. Louis, MO 63197


Uline Shipping Supply Specialists
2200 S Lakeside Drive
Waukegan, IL 60085


United Fire Services Inc
8110 Remmet Street Unit 9
Canoga Park, CA 91304


United Industrial Supplies Inc
PO Box 463
South Hampton, PA 18966


Unity Courier Service
3231 Fletcher Drive
Los Angeles, CA 90065


Vasquez & Company LLP
801 S Grand Avenue Suite 400
Los Angeles, CA 90017


Victor Tapia

Well Luck Co Inc
6000 Peach Tree
Los Angeles, CA 90040


Western Belting Innovations Inc
21 Stagecoach Drive
Pomona, CA  91766


Western Industrial Equipment
1419 Potrero Avenue
South El Monte, CA 91733


Western Shield Label Company
2146 E Gladwick Street
Rancho Dominguez, CA 90220


Xcite Foods Inc
PO Box 91147
Long Beach, CA 90809


Yamasa Corporations USA
3655 Torrance Blvd Suite  240
Torrance, CA 90503


YHL Ventures

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Robert Sabahat, SBN 177003; MacKenzie T. Batzer, SBN 251275<br>MADISON HARBOR, ALC, 17702 Mitchell North, Irvine, CA 92614<br>Tel (949) 756-9050; Fax (949) 756-9060<br><br>☒ *Attorney for:* El Primo Foods, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: El Primo Foods, Inc. | CASE NO.: |
|---|---|
| | CHAPTER: 11 |
| Debtor(s). | ADV. NO.: |

### ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☒ Petition, statement of affairs, schedules or lists        Date Filed: October 13, 2010

☐ Amendments to the petition, statement of affairs, schedules or lists        Date Filed: _____

☐ Other: _____        Date Filed: _____

## PART I – DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____        October 13, 2010
Signature of Signing Party        Date

Alex Baiseri, CFO
_____
*Printed Name of Signing Party*

_____        _____
Signature of Joint Debtor (if applicable)        Date

_____
*Printed Name of Joint Debtor (if applicable)*

## PART II – DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____        October 13, 2010
Signature of Attorney for Signing Party        Date

Robert Sabahat, Esq
_____
*Printed Name of Attorney for Signing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*